IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR9 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DARRELL LEE MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The defendant's motion to continue disposition hearing (filing 108) is granted.

(2)  Defendant Miller's final dispositional hearing is rescheduled to Thursday, April 5, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

March 23, 2007.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge