IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR9 |
| | ) | |
| V. | ) | |
| | ) | |
| DARRELL LEE MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After consultation with counsel and the defendant, and with their agreement,

IT IS ORDERED that:

1. The defendant, Darrell Lee Miller, shall be released when his counsel certifies that a bed is available at the Arch Halfway House, 604 South 37th Street, Omaha, Nebraska. When counsel makes that certification, the United States Marshals Service shall release him to defense counsel for transportation to the Arch.

2. The defendant shall reside at the Arch, follow all the regulations of the Arch, follow all conditions of his supervised release judgment, and follow the directions of the probation officer. If he is for any reason discharged from the Arch, he shall immediately self-surrender to the United States Marshals Service.

3. The defendant shall promptly register as a sex offender when he arrives at the Arch.

4. The defendant is warned that any violation of this order could result in the filing of new felony charges and result in increased punishment in this case.

5. Sentencing of this matter is continued until August 30, 2007, at 12:00 noon.

DATED this 18th day of May, 2007.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge