IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:01CR09 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DARREL LEE MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

Due to the defendant's serious medical problems,

IT IS ORDERED that the motion to continue disposition hearing (filing 122) is granted and the hearing scheduled for November 30, 2007 is cancelled. Counsel for the defendant and counsel for the government shall contact my judicial assistant to schedule a telephone conference to discuss further scheduling. That conference should include United State Probation Officer Drew Cromwell.

November 29, 2007.                    BY THE COURT:

                              *s/Richard G. Kopf*
                              United States District Judge