IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR9 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| DARRELL LEE MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the advice of counsel and the Probation Officer, and given the defendant's ill health,

IT IS ORDERED that:

(1) The disposition hearing in this matter is continued indefinitely.

(2) A status telephone conference will be held on Thursday, March 6, 2008, at 1:00 p.m. with counsel for the government, counsel for the defendant, Probation Officer Drew Cromwell, and the undersigned. The undersigned's judicial assistant will coordinate the call.

December 6, 2007.                                BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge